No. 05–6354. BELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–6355. AUSTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6361. CHARLOT, AKA DUMALS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1520. NEW YORK v. ZAPPULLA. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of respondent to strike petitioner's reply brief treated as motion to seal the brief, and motion granted. Petitioner is directed to file a redacted reply brief for the public record within 10 days. Certiorari denied.

No. 04–1632. GORDON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–1693. CONTESSA PREMIUM FOODS, INC., FKA CONTESSA FOOD PRODUCTS, INC. v. BERDEX SEAFOOD, INC., ET AL. C. A. 9th Cir. Motion of International Trademark Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–1695. LEE v. CRAIGHEAD ET AL., AS CO-TRUSTEES FOR THE HEIRS AND NEXT-OF-KIN OF CRAIGHEAD, DECEASED. C. A. 8th Cir. Motion of Minnesota Police and Peace Officers Association Legal Defense Fund et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–9737. ROGERS v. HUNTLEY PROJECT SCHOOL DISTRICT #24. Sup. Ct. Mont. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [545 U. S. 1113] granted. Certiorari denied.

No. 05–25. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. v. BRINSON. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.